UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ANATOLY PISMAN, M.D, Individually
and on Behalf of All Others Similarly Situated,

       Plaintiff,

           v.

HOWARD A. ZUCKER, M.D., J.D., as
Commissioner of the New York State
Department of Health,

       Defendant.
------------------------------------------------------------ X

JUDGMENT
17-CV-7210 (NGG) (SMG)

       A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on January 10, 2019, granting Defendant's motion to dismiss; and dismissing Plaintiff's complaint without prejudice; it is

       ORDERED and ADJUDGED that Defendant's motion to dismiss is granted; and that Plaintiff's complaint is dismissed without prejudice.

Dated: Brooklyn, NY  
January 11, 2019

Douglas C. Palmer  
Clerk of Court

By:  /s/*Jalitza Poveda*  
Deputy Clerk